# UNITED STATES BANKRUPTCY COURT

In Re: _____ TERRY FOX / EVE FOX _____   Case No. _____

**Debtor**

Chapter _____ 13 _____   (if known)

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ in installments.

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 28 2014
JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

| $ 77.50 | Check one | ☐ With the filing of the petition, or | 9/27/2014 EF TF |
| | | ☒ On or before 09/05/2014 | |
| $ 77.50 | on or before | ~~10/05/2014~~ | 10/27/2014 EF TF |
| $ 77.50 | on or before | ~~11/05/2014~~ | 11/26/2014 EF TF |
| $ 77.50 | on or before | ~~12/05/2014~~ | 12/26/2014 EF TF |

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| | 08/01/2014 | | 08/01/2014 |
| **Signature of Attorney** | Date | **Signature of Debtor** | Date |
| | | | 08/01/2014 |
| **Name of Attorney** | | **Signature of Joint Debtor** | Date |

--------------------------------------------------------------------------------
### DECLARATION AND SIGNATURE OF BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required under that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

DON WALKER                                                              356606583
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social-Security No. (Required by 11 U.S.C. § 110 )

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal, responsible person or partner who signs this document.*

1694 SHIRLEY DRIVE

CALUMET CITY, IL 60409
Address

X _____                                                       08/01/2014
Signature of Bankruptcy Petition Preparer                                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless te bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*
*A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.   11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

In Re: _____ TERRY FOX _____          Case No. _____

                        **Debtor**                                                    (if known)

                                                                  Chapter _____ 13 _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing
    application.

☐   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

        $ _____   Check one   ☐  With the filing of the petition, or
                                          ☐  On or before

        $ _____   on or before  _____

        $ _____   on or before  _____

        $ _____   on or before  _____

☐   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional
    payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                        BY THE COURT

    Date: _____ _____          _____

                                         *United States Bankruptcy Judge*